# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-304

| | |
|---|---|
| HOMETOWN SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EQUITYLOCK SOLUTIONS, INC., ) | |
| TTV CAPITAL, LLC, GLEACHER & ) | |
| COMPNAY, INC., and ROCKBROOK ) | |
| ADVISORS, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* of Todd Franklin Chatham. It appearing that Todd Franklin Chatham is a member in good standing with the Georgia State Bar and will be appearing with W. Carleton Metcalf, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* (#6) of Todd Franklin Chatham is

**GRANTED a**nd that Todd Franklin Chatham is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Carleton Metcalf.

Signed: November 21, 2013

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge